NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KENNETH P. BEYERS,**
*Petitioner,*

v.

**DEPARTMENT OF STATE,**
*Respondent.*

---

2012-3099

---

Petition for review of the Merit Systems Protection Board in case no. DC3330110538-I-1.

---

## ON MOTION

---

## ORDER

Kenneth P. Beyers moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. The docketing fee must be paid within 14 days from the date of filing of this order.

FOR THE COURT

APR 0 5 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Kenneth P. Beyers
     Jeanne E. Davidson, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 5 2012

JAN HORBALY
CLERK